**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6265

THOMAS L. GOODMAN,

Petitioner - Appellant,

v.

COMMONWEALTH OF VIRGINIA,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:24-cv-00944-PTG-IDD)

Submitted:  June 17, 2025                              Decided:  June 23, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Thomas L. Goodman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas L. Goodman seeks to appeal the district court's order denying his motions to amend his 28 U.S.C. § 2254 petition.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Goodman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*